JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| WILEY JOHNSON, | ) | No. CV 15-09479-JLS (DFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| JACK FOX, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: August 15, 2016        _____
　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　United States District Judge